THE MATHEWS LAW GROUP
CHARLES T. MATHEWS (SBN 55889)
GEORGE S. AZADIAN (SBN 253342)
ZACK I. DOMB (SBN 265185)
37 E. Huntington Drive, Suite A
Arcadia, California 91006
Ph.:     (626) 683-8291
Fax:    (626) 683-8295
Email: George@mathewslawgroup.com

Attorneys for Plaintiffs
BRIAN CONNELLY, KEITH MERRITT, and the Proposed Classes

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CONNELLY, MARY ALICIA SIKES, and KEITH MERRITT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC<br><br>Defendant. | CASE NO.  12-cv-0599-JLS-KSC<br><br>(CLASS ACTION)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br><u>Hearing Information</u><br>Judge: Honorable Janis L. Sammartino<br>Date: June 28, 2013<br>Time: 1:30PM<br>Place: Courtroom 4A<br><br>[Filed Concurrently With Plaintiffs' Memorandum Of Points And Authorities In Support Of Motion and Declaration of George S. Azadian, Esq.] |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION
(12-cv-0599)

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE** that on June 28, 2013, at 1:30PM or as soon thereafter a as
3 counsel may be heard, in the United States District Court for the Southern District of California,
4 Courtroom 4A, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs will and hereby
5 do move this Court for Class Certification, pursuant to Federal Rule of Civil Procedure 23. This
6 Motion is made on the ground that the class defined herein meets the requirements for
7 maintenance of a class action under Rule 23.

8 The Motion is based upon this Notice of Motion and Motion, Plaintiffs' Memorandum of
9 Points and Authorities in Support of Motion for Class Certification, the Declaration and Exhibits
10 attached thereto and/or filed contemporaneously therewith, all of the documents and other papers
11 on file in this matter, and such additional evidence or argument as this Court may receive and
12 consider.

15 Dated:  May 10, 2013                           Respectfully Submitted,

16                                                                THE MATHEWS LAW GROUP

17                                                                By:  /s/ George S. Azadian
                                                                         George S. Azadian
18                                                                Attorney for Plaintiffs Brian Connelly, Keith
                                                                         Merritt, and the Proposed Classes

-1-

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION
(12-cv-0599)