# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CONNELLY and KEITH MERRITT, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>vs.<br><br>HILTON GRAND VACATIONS COMPANY, LLC,<br><br>                              Defendant. | CASE NO. 12CV599 JLS (MDD)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>(ECF No. 82) |

Presently before the Court is the parties' Stipulation Dismissing Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 82.) Good cause appearing, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: March 6, 2014

                                               *Janis L. Sammartino*
                                               Honorable Janis L. Sammartino
                                               United States District Judge