1  ANGELA C. AGRUSA (Bar No. 131337)
   angela.agrusa@dlapiper.com
2  DAVID B. FARKAS (Bar No. 257137)
   david.farkas@dlapiper.com
3  DLA PIPER LLP (US)
   2000 Avenue of the Stars
4  Suite 400 North Tower
   Los Angeles, California  90067-4704
5  Tel:  310.595.3000
   Fax:  310.595.3300
6
7  Attorneys for Defendant
   HILTON GRAND VACATIONS COMPANY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CONNELLY, et al. | CASE NO. 3:12-cv-00599-JLS (KSC) |
| Plaintiff, | Honorable Janis L. Sammartino |
| v. | **THE PARTIES' JOINT NOTICE OF SETTLEMENT AND RESPONSE TO THE COURT'S JULY 27, 2018 ORDER** |
| HILTON GRAND VACATIONS COMPANY, LLC, | |
| Defendant. | |
| | Complaint filed:   March 12, 2012 |

On July 27, 2018, the Court issued an Order directing the Parties to submit a joint schedule for this matter going forward. Prior to the Court's Order, the Parties had reached a settlement in principle and were finalizing the settlement agreement, which was fully executed on July 27, 2018. Pursuant to the settlement, the Parties shall file a stipulation of dismissal with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than August 10, 2018. The Parties thank the Court for its patience.

Dated: August 3, 2018

DLA PIPER LLP (US)

By: */s/ Angela C. Agrusa*
ANGELA C. AGRUSA
Attorneys for Defendant
HILTON GRAND VACATIONS, INC.

Dated: August 3, 2018

AZADIAN LAW GROUP, PC

By: */s/ George Stephen Azadian*
GEORGE STEPHEN AZADIAN
Attorneys for Plaintiffs
BRIAN CONNELLY AND KEITH MERRITT

Dated: August 3, 2018

PARRIS LAW FIRM

By: */s/ John M. Bickford*
JOHN M. BICKFORD
Attorneys for Plaintiffs
BRIAN CONNELLY AND KEITH MERRITT