UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CONNELLY, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS COMPANY, LLC,<br><br>                      Defendant. | Case No.: 12-CV-599 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 105) |

    Presently before the Court is the Parties' Joint Motion to Dismiss, (ECF No. 105). The Parties move to dismiss the action with prejudice. Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated, each Party will bear its own attorney's fees and costs. The Clerk **SHALL** close the file.

    **IT IS SO ORDERED.**

Dated: August 23, 2018

                                                   Hon. Janis L. Sammartino<br>                                                   United States District Judge